## PARLEY v. STATE.
### No. 16260.

Court of Criminal Appeals of Texas.
Nov. 22, 1933.

Parks E. McMichael, of Linden, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is selling intoxicating liquor; the punishment, confinement in the penitentiary for one year.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## DELANEY v. STATE.
### No. 16256.

Court of Criminal Appeals of Texas.
Nov. 15, 1933.

Sam T. Holt, of Carthage, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for selling intoxicating liquor; punishment, one year in the penitentiary.

Upon his plea of guilty, appellant was adjudged guilty. The judgment, sentence, and other matters of procedure appear regular. There is no statement of facts or bills of exception in the record.

The judgment will be affirmed.